Seth L. Levine (SL-8656)
Anne B. Sekel (AS-1029)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

Of Counsel:
Scott D. Richburg
Foley & Lardner LLP
One Independent Drive, Suite 1300,
Jacksonville, Florida 32202-5017
Tel: 904.359.8743
srichburg@foley.com

*Attorneys for Plaintiff*
*Smart Balance, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP,** a foreign limited partnership; **GLENHILL CAPITAL, LP;** a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,<br><br>Defendant. | 07 Civ. _____ (___)<br><br>CM-ECFcase<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Smart Balance Inc. f/k/a Boulder Specialty Brands, Inc. (a private non-governmental party), certifies that it has no parent corporation and that the only publicly held corporation that owns 10% or more of its securities is Citigroup Inc.

Dated: November 8, 2007
   New York, New York

                      FOLEY & LARDNER LLP

                      Seth L. Levine (SL-8656)
                      Anne B. Sekel (AS-1029)
                      90 Park Avenue
                      New York, NY 10016-1314
                      Tel.: 212.682.7474 (general)
                      Tel.: 212.687.2329 (direct)
                      slevine@foley.com

                      Of Counsel:
                      Scott D. Richburg
                      One Independent Drive, Suite 1300,
                      Jacksonville, Florida 32202-5017
                      Tel: 904.359.8743
                      srichburg@foley.com

                      *Attorneys for Plaintiff*
                      *Smart Balance, Inc.*