Daniel J. Cahill (DC-5593)
CAHILL & WINK LLP
60 Railroad Place
Saratoga Springs, NY  12866
(518) 584-1991
(518) 584-1962  (fax)
dan.cahill@cahillwink.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP**, a foreign limited partnership; **GLENHILL CAPITAL, LP**; a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,<br><br>　　　　Defendant. | 07 Civ. 9916 (McMahon)<br><br>**ACCEPTANCE OF SERVICE** |

　　　　The undersigned firm, Cahill/Wink LLP, hereby enters an appearance as counsel of record for Defendants, Glenhill Capital Overseas Master Fund, LP, Glenhill Capital, LP, Glenhill Capital Overseas GP, LTD., Glenhill Capital Management LLC, Glenhill Advisors LLC, and Glenn J. Krevlin (collectively, the "Defendants"), and further acknowledges receipt and acceptance of service of Summons and Complaint in the above captioned matter on behalf of Defendants as of this 27th day of November, 2007.

The undersigned is authorized to accept service of process on behalf of Defendants and does hereby accept such service. I understand, pursuant to agreement with Plaintiff's Counsel, that a judgment may be entered against the individual or entities upon whose behalf I am accepting service if an answer or motion under Fed. R. Civ. P. 12 is not served upon Plaintiff's Counsel on or before Friday, January 4, 2008.

Defendants expressly retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

CAHILL & WINK LLP

s/ Daniel S. Cahill
Daniel S. Cahill(DC-5593)
60 Railroad Place
Saratoga Springs, NY  12866
(518) 584-1991
(518) 584-1962  (fax)
dan.cahill@cahillwink.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing.

| | |
|---|---|
| Seth L. Levine (SL-8656) | Of Counsel: |
| Anne B. Sekel (AS-1029) | Scott D. Richburg |
| Foley & Lardner LLP | Foley & Lardner LLP |
| 90 Park Avenue | One Independent Drive, Suite 1300, |
| New York, NY 10016-1314 | Jacksonville, Florida 32202-5017 |
| Tel.: 212.682.7474 (general) | Tel: 904.359.8743 |
| Tel.: 212.687.2329 (direct) | srichburg@foley.com |
| slevine@foley.com | *Attorneys for Plaintiff* |
| | *Smart Balance, Inc.* |
| | s/ Daniel S. Cahill_____ |
| | Attorney |