UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
SMART BALANCE, INC. f/k/a Boulder Specialty          :
Inc., a Delaware Corporation,                        :
                                                     :     Civil Action No.
                                                     :     07 Civ. 9916 (CM)
                    Plaintiff,                       :
                                                     :     AGREED
          - against -                                :     STIPULATION
                                                     :     EXTENDING TIME
GLENHILL CAPITAL OVERSEAS MASTER
FUND, LP, a foreign Limited Partnership; GLENHILL
CAPITAL, LP, a Delaware Limited Partnership; GLENHILL
CAPITAL OVERSEAS GP, LTD., a foreign company;
GLENHILL CAPITAL MANAGEMENT LLC, a
Delaware Limited Liability Company; GLENHILL
ADVISORS LLC, a Delaware Limited Liability Company;
GLENN J. KREVLIN, an individual,
                                                     :
                    Defendants,           :
                                                     :
--------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Smart

Balance, Inc., the defendants Glenhill Capital Overseas Master Fund, LP, Glenhill Capital, LP,

Glenhill Capital Overseas GP, Ltd., Glenhill Capital Management LLC, Glenhill Advisors LLC,

Glenn J. Krevlin, that the time for the above-named defendants to answer and/or move with regard

to plaintiff's complaint is hereby extended from December 17, 2007 to and including January 4,

2008. The extension does not affect any other scheduled dates.


Dated:  New York, New York
        December 3, 2007


A:\STIPULATION EXTENDING TIME.DOC

CAHILL/WINK LLP

By: _____
DANIEL S. CAHILL (DC-5593)
60 Railroad Place, Suite 202
Saratoga Springs, NY 12866
TEL: (518) 584-1991
FAX: (518) 584-1962
daniel.cahill@cahillwink.com

FOLEY & LARDNER LLP

By: _____
SETH L. LEVINE (SL-8656)
ANNE B. SEKEL (AS-1029)
90 Park Avenue
New York, NY 10016
TEL: (212) 682-7474 (general)
TEL: (212) 338-3407 (direct)
FAX: (212) 687-2329
slevine@foley.com

SO ORDERED:

_____
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE