UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

-----------------------------------------------x

SMART BALANCE, INC. f/k/a Boulder Specialty
Inc., a Delaware Corporation,

      Plaintiff,

 - against -

GLENHILL CAPITAL OVERSEAS MASTER
FUND, LP, a foreign Limited Partnership; GLENHILL
CAPITAL, LP, a Delaware Limited Partnership; GLENHILL
CAPITAL OVERSEAS GP, LTD., a foreign company;
GLENHILL CAPITAL MANAGEMENT LLC, a
Delaware Limited Liability Company; GLENHILL
ADVISORS LLC, a Delaware Limited Liability Company;
GLENN J. KREVLIN, an individual,

      Defendants,

-----------------------------------------------x

Civil Action No.
07 Civ. 9916 (CM)

AGREED
STIPULATION
EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Smart Balance, Inc., the defendants Glenhill Capital Overseas Master Fund, LP, Glenhill Capital, LP, Glenhill Capital Overseas GP, Ltd., Glenhill Capital Management LLC, Glenhill Advisors LLC, Glenn J. Krevlin, that the time for the above-named defendants to answer and/or move with regard to plaintiff's complaint is hereby extended from December 17, 2007 to and including January 4, 2008. The extension does not affect any other scheduled dates.

Dated: New York, New York
    December 3, 2007

A:\STIPULATION EXTENDING TIME.DOC

| CAHILL/WINK LLP | FOLEY & LARDNER LLP |
|---|---|
| By: /s/ Daniel S. Cahill | By: /s/ Anne B. Sekel |
| DANIEL S. CAHILL (DC-5593) | SETH L. LEVINE (SL-8656) |
| 60 Railroad Place, Suite 202 | ANNE B. SEKEL (AS-1029) |
| Saratoga Springs, NY 12866 | 90 Park Avenue |
| TEL: (518) 584-1991 | New York, NY 10016 |
| FAX: (518) 584-1962 | TEL: (212) 682-7474 (general) |
| daniel.cahill@cahillwink.com | TEL: (212) 338-3407 (direct) |
| | FAX: (212) 687-2329 |
| | slevine@foley.com |

SO ORDERED:

_____
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE