UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SMART BALANCE, INC. f/k/a Boulder Specialty
Inc., a Delaware Corporation,

      Plaintiff,

 - against -

GLENHILL CAPITAL OVERSEAS MASTER
FUND, LP, a foreign Limited Partnership; GLENHILL
CAPITAL, LP, a Delaware Limited Partnership;
GLENHILL CAPITAL OVERSEAS GP, LTD., a foreign
Company; GLENHILL CAPITAL MANAGEMENT LLC,
a Delaware Limited Liability Company; GLENHILL
ADVISORS LLC, a Delaware Limited Liability Company;
GLENN J. KREVLIN, an individual,

      Defendants,

------------------------------------------------------------------------x

Civil Action No.
07 Civ. 9916 (CM)

**DISCLOSURE STATEMENT**
**FRCP 7.1**

Defendants, Glenhill Capital Overseas Master Fund, LP, Glenhill Capital, LP, Glenhill

Capital Overseas GP, Ltd., Glenhill Capital Management LLC, Glenhill Advisors LLC ("Corporate

Defendants"), hereby state that no publicly held corporations own 10% or more of their stock.

Dated: Saratoga Springs, New York
   December 10, 2007

       CAHILL/WINK LLP

       By: /s/ Daniel S. Cahill
       DANIEL S. CAHILL (DC-5593)
       60 Railroad Place, Suite 202
       Saratoga Springs, NY 12866
       TEL: (518) 584-1991
       *Attorney for Defendants*
       **GLENHILL CAPITAL OVERSEAS**
       **MASTER FUND, LP, et al**