Seth L. Levine (SL-8656)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

*Attorney for Plaintiff*
*Smart Balance, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,

    Plaintiff

v.

**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP**, a foreign limited partnership; **GLENHILL CAPITAL, LP**; a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,

    Defendant.

---

07 Civ. 9916 (CM)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth L. Levine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

NYC_51198.1

    Applicant's Name:    Scott D. Richburg
    Firm's Name:    Foley & Lardner LLP
    Address:    One Independent Drive, Suite 1300
    City/State/Zip:    Jacksonville, Florida 32202-5017
    Phone Number:    (904) 359-8743
    Fax Number:    (904) 359-8700
    Email:    srichburg@foley.com

Scott D. Richburg is a member in good standing of the Bar of Florida. There are no pending disciplinary proceedings against Scott D. Richburg in any State or Federal court. In support of this motion, I submit the attached affidavit.

Dated: December 12, 2007
       New York, New York

Respectfully submitted,

_____
Seth L. Levine (SL-8656)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

*Attorney for Plaintiff*
*Smart Balance, Inc.*

Seth L. Levine (SL-8656)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

*Attorney for Plaintiff*
*Smart Balance, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP**, a foreign limited partnership; **GLENHILL CAPITAL, LP**; a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,<br><br>　　　　Defendant. | 07 Civ. 9916 (CM)<br><br>**AFFIDAVIT OF SETH L. LEVINE**<br>**IN SUPPORT OF MOTION TO**<br>**ADMIT COUNSEL PRO HAC VICE** |

State of New York　)
　　　　　　　　　) ss:
County of New York )

　　Seth L. Levine, being duly sworn, hereby deposes and says as follows:

　　1.　　I am a partner at Foley & Lardner LLP, counsel for Plaintiff in the above captioned action. I am a member of the bar of this Court, and I make this

    statement based on my personal knowledge of the facts set forth herein, and I submit this affidavit in support of my motion for the admission of Scott D. Richburg pro hac vice to represent Smart Balance, Inc. in this action.

2. I am a member in good standing of the bar of the State of New York, and I was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Scott D. Richburg is a Partner at Foley & Lardner LLP, and he practices in the firm's offices at One Independent Drive, Suite 1300, Jacksonville, Florida 32202-5017.

4. Mr. Richburg is a member in good standing of the Bar of the State of Florida (admitted 1995). A Certificate of Good Standing from the Florida Supreme Court, issued on November 14, 2007, is annexed hereto as Exhibit A.

5. I have found Mr. Richburg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Scott D. Richburg, *pro hac vice.*

7.  I respectfully submit a proposed order granting the admission of Scott D. Richburg, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Scott D. Richburg, *pro hac vice*, to represent Plaintiff in the above captioned matter, to be granted.

Dated: December 12, 2007
New York, New York

Respectfully submitted,

*[signature]*

Seth L. Levine (SL-8656)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

*Attorney for Plaintiff*
*Smart Balance, Inc.*

Sworn to before me this
12 day of December, 2007.

*[signature]*
Notary Public

MARY L. MORAN
Notary Public, State of New York
No. 01MO6139146
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 01/09/2011

2

NYC_51197.1



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida      )

County of Leon       )

In Re:   64475
Scott David Richburg
Foley & Lardner, LLP
P.O. Box 240
Jacksonville, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 1995.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___14th___ day of November, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvt10a:R10

Seth L. Levine (SL-8656)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

*Attorney for Plaintiff*
*Smart Balance, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,<br><br>       Plaintiff<br><br>       v.<br><br>**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP**, a foreign limited partnership; **GLENHILL CAPITAL, LP**; a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,<br><br>       Defendant. | 07 Civ. 9916 (CM)<br><br><br><br><br><br><br>**ADMISSION**<br>**TO PRACTICE *PRO HAC VICE*** |

Upon the motion of Seth L. Levine, attorney for Smart Balance, Inc. f/k/a Boulder Specialty

Brands, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    Scott D. Richburg
        Firm's Name:           Foley & Lardner LLP

|  |  |
|---|---|
| Address: | One Independent Drive, Suite 1300 |
| City/State/Zip: | Jacksonville, Florida 32202-5017 |
| Telephone: | (904) 359-8743/ |
| Fax: | (904) 359-8700 |
| Email Address: | srichburg@foley.com |

is admitted to practice *pro hac vice* as counsel for Smart Balance, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November ____, 2007
       New York, New York

                                                                  _____
                                                                United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,<br><br>     Plaintiff<br><br>     v.<br><br>**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP**, a foreign limited partnership; **GLENHILL CAPITAL, LP**; a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,<br><br>     Defendant. | 07 Civ. 9916 (CM)<br><br>*AFFIDAVIT OF SERVICE* |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

MARTIE KUTSCHER, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 804 Fernwood Rd. Moorestown NJ, 08057.

That on the 13th day of December, 2007, deponent served copies of **PLAINTIFF'S NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* and THE AFFIDAVIT OF SETH L. LEVINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** via United States first class mail upon:

Daniel J. Cahill
CAHILL & WINK LLP
60 Railroad Place
Saratoga Springs, NY  12866
*Attorney for Defendants*

_____
MARTIE P. KUTSCHER

Sworn to before me this
13th day of December, 2007

_____
Notary Public

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 _10_