Seth L. Levine (SL-8656)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Tel.: 212.682.7474 (general)
Tel.: 212.687.2329 (direct)
slevine@foley.com

*Attorney for Plaintiff*
*Smart Balance, Inc.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **SMART BALANCE, INC.** f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,<br><br>    Plaintiff<br><br>v.<br><br>**GLENHILL CAPITAL OVERSEAS MASTER FUND, LP**, a foreign limited partnership; **GLENHILL CAPITAL, LP**; a Delaware limited partnership; **GLENHILL CAPITAL OVERSEAS GP, LTD.**, a foreign company; **GLENHILL CAPITAL MANAGEMENT LLC**, a Delaware limited liability company; **GLENHILL ADVISORS LLC**, a Delaware limited liability company; **GLENN J. KREVLIN**, an individual,<br><br>    Defendant. | 07 Civ. 9916 (CM)<br><br>**ADMISSION**<br>**TO PRACTICE *PRO HAC VICE*** |

Upon the motion of Seth L. Levine, attorney for Smart Balance, Inc. f/k/a Boulder Specialty

Brands, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    Scott D. Richburg
        Firm's Name:            Foley & Lardner LLP

NYC_51199.1

|  |  |
|---|---|
| Address: | One Independent Drive, Suite 1300 |
| City/State/Zip: | Jacksonville, Florida 32202-5017 |
| Telephone: | (904) 359-8743/ |
| Fax: | (904) 359-8700 |
| Email Address: | srichburg@foley.com |

is admitted to practice *pro hac vice* as counsel for Smart Balance, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~November ___, 2007~~ January 7, 2008
New York, New York

_____
United States District/Magistrate Judge