UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMART BALANCE, INC. f/k/a Boulder Specialty Brands, Inc., a Delaware corporation,

    Plaintiff

    v.

GLENHILL CAPITAL OVERSEAS MASTER FUND, LP, a foreign limited partnership; GLENHILL CAPITAL, LP; a Delaware limited partnership; GLENHILL CAPITAL OVERSEAS GP, LTD., a foreign company; GLENHILL CAPITAL MANAGEMENT LLC, a Delaware limited liability company; GLENHILL ADVISORS LLC, a Delaware limited liability company; GLENN J. KREVLIN, an individual,

    Defendant.

---

Civil Action No. 07 Civ. 9916 (CM)

**JOINT STIPULATION EXTENDING TIME**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Smart Balance, Inc. and the defendants Glenhill Capital Overseas Master Fund, LP, Glenhill Capital, LP, Glenhill Capital Overseas GP, Ltd., Glenhill Capital Management LLC, Glenhill Advisors LLC and Glenn J. Krevlin, that the deadlines for the completion of discovery, expert reports, and the submission of a joint pre-trial order, as set forth in the Civil Case Management Plan filed December 17, 2007, are hereby extended as follows:

NYC_230557.1

| | |
|---|---|
| Completion of All Discovery | June 16, 2008 |
| Plaintiff's Expert Reports | May 2, 2008 |
| Defendants' Expert Reports | May 16, 2008 |
| Submission of Joint Pre-Trial Order | July 28, 2008 |

Dated: New York, New York
April 11, 2008

CAHILL/WINK LLP

By: *Daniel S. Cahill /ABS*
Daniel S. Cahill (DC-5593)
60 Railroad Place, Suite 202
Saratoga Springs, NY 12866
Tel: (518) 584-1991
Fax: (518) 584-1962
daniel.cahill@cahillwink.com

FOLEY & LARDNER LLP

By: *Anne B. Sekel*
Seth L. Levine (SL-8656)
Anne B. Sekel (AS-1029)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
slevine@foley.com
asekel@foley.com

Scott D. Richburg (admitted *pro hac vice*)
Foley & Lardner LLP
One Independent Drive, Suite 1300,
Jacksonville, Florida 32202-5017
Tel: (904) 359-8743
Fax: (904) 359-8700
srichburg@foley.com

SO ORDERED:

*/s/ Colleen McMahon*
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

4-16-08

-2-

NYC_230557.1